RECEIVED

9/28/2022

Clerk, U.S. Courts
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**YING CHANG,**<br><br>Defendant. | **VIOLATION:**<br>**E1103465**<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $55 fine and $30 processing fee for violation E1103465 (for a total of $85), and for good cause shown, **IT IS ORDERED** that the $85 fine paid by the defendant is accepted as a full adjudication of violation E1103465.

IT IS FURTHER ORDERED that the initial appearance scheduled for October 6, 2022 or December 8, 2022, is **VACATED**.

DATED this 28th day of September, 2022.

John Johnston
United States Magistrate Judge